Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL DUVAUL, ) | STIPULATION TO ADR |
| Plaintiff, ) | and [PROPOSED] ORDER |
| ) | |
| ) | Case No. 06-1660 PVT |
| v. ) | |
| ) | |
| M.R.S. ASSOCIATES and MARIE ) | |
| FOSTER, ) | |
| Defendants. ) | |

The parties hereby agree to Mediation as a form of ADR.

Dated: 6/26/06          /s/Ronald Wilcox
                        _____
                        Ronald Wilcox, plaintiff's counsel

Dated: 6/27/06
                        /s/Steve Turner_____
                        Steve Turner, on behalf of defendants

STIPULATION TO ADR
Case No. 06-1660 PVT                                                1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation the parties are hereby ORDERED to mediation. |
| 3 | |
| 4 | Dated: 6/28/06     *Patricia V. Trumbull* |
| | U.S. Magistrate/District Judge |

STIPULATION TO ADR
Case No. 06-1660 PVT

2