1  Ronald Wilcox, Esq., State Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4  ronaldwilcox@post.harvard.edu
5
   **ATTORNEY FOR PLAINTIFF**
6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
8
                                                *E-FILED - 7/27/06*
9  _____
   MICHAEL DUVAUL,              )   Case No. 06-1660 RMW PVT
10         Plaintiff,           )
                                )   JOINT REQUEST TO CONTINUE
11                              )   JULY 28, 2006 CASE MANAGEMENT
                                )   and [PROPOSED] ORDER
12         v.                   )
   M.R.S. ASSOCIATES and MARIE  )
13 FOSTER,                      )
           Defendants.          )
14 _____)
15
16     The parties have already been ordered to mediation.  Plaintiff served written discovery on
17 June 23, 2006.  On July 18, 2006 this case was reassigned to the Honorable Ronald M. Whyte.
18 The parties request the CMC be continued for 90 days, to take place after the parties attend
19 mediation.
20
21 Dated: 7/19/06                          /s/Ronald Wilcox
22                                         _____
                                           Ronald Wilcox, plaintiff's counsel
23 Dated: 7/20/06
24                                         *Corinne R Deveza* (signature)
                                           _____
                                           Corinne R. Deveza, on behalf of defendants
25

JOINT REQUEST TO CONTINUE JULY 28, 2006 CMC and [PROPOSED] ORDER            1
Case No. 06-1660 RMW PVT

# [~~PROPOSED~~] ORDER

Pursuant to the joint request the July 28, 2006 Case Management Conference is hereby continued

to October 27, 2006 @ 10:30 a.m.

Dated: 7/27/06           /s/ Ronald M. Whyte
                         U.S. District Judge

JOINT REQUEST TO CONTINUE JULY 28, 2006 CMC and [~~PROPOSED~~] ORDER          2
Case No. 06-1660 RMW PVT

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On July 20, 2006, I served the foregoing document described as: **JOINT REQUEST TO CONTINUE JULY 28, 2006 CASE MANAGEMENT and [PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson, Messer & Turner LLP. I am "readily familiar" with the business practices of Carlson, Messer & Turner LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐  (VIA NEXT DAY FEDERAL EXPRESS)
I delivered the above described documents in the above described envelopes to Federal Express for delivery via FedEx by Standard Overnight Delivery.

☐  (State)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  
(FEDERAL)
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **20th day of July, 2006**, at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

05502.00:122249

<u>**Michael Duvaul v. M.R.S. Associates, Inc. and Marie Foster**</u>
Our File No. 055502.00

| | |
|---|---|
| Ronald Wilcox, Esq.<br>2160 The Alameda, First Floor, Suite F<br>San Jose, CA 95126<br>(408) 296-0400<br>(408) 296-0486 (Fax) | Attorney for Plaintiff<br>**MICHAEL DUVAUL** |

05502.00:122249