1  JEANNE L. ZIMMER, ESQ. (SBN# 123321)
   CORINNE R. DEVEZA, ESQ. (SBN# 226969)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendants,
   M.R.S. ASSOCIATES, INC. and MARIE FOSTER
6
                                                                *E-FILED - 10/17/06*
7

8              UNITED STATES DISTRICT COURT

9     FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10                                                    RMW
11  MICHAEL DUVAUL,            )  CASE NO. C 06-01660 (PXXIX)
                               )
12                             )  Judge: Hon. ~~Patricia V. Trumbull~~
                  Plaintiff,   )           RONALD M. WHYTE
13                             )
        vs.                    )  **REQUEST TO APPEAR**
14                             )  **TELEPHONICALLY AT THE CASE**
    M.R.S. ASSOCIATES, INC. and MARIE )  **MANAGEMENT CONFERENCE**
15  FOSTER,                    )
                               )  Date:  October 27, 2006
16                Defendants.  )  Time:  10:30 am
                               )
17                             )
                               )
18  _____

19       Counsel for Defendants, M.R.S. ASSOCIATES, INC. and MARIE FOSTER,
20  ("Defendants"), JEANNE L. ZIMMER, ESQ.. hereby requests that he be allowed to appear
21  telephonically at the Case Management Conference scheduled for October 27, 2006 at 10:30 am.
22  on the basis that counsel is located in Los Angeles.
23  DATED: October 3, 2006              CARLSON & MESSER LLP
24
25
                                        By_*Corinne R. Dev*_____
26                                      Jeanne L. Zimmer, Esq.
                                        Corinne R. Deveza
27                                      Attorneys for Defendants,
                                        M.R.S. ASSOCIATES, INC. and
28                                      MARIE FOSTER

05502.00:123404                          1

**REQUEST TO APPEAR TELEPHONICALLY**

1
2
3
4   Defendants' request is HEREBY GRANTED and counsel for defendants, JEANNE L. ZIMMER, ESQ. is permitted to appear telephonically at the Case Management Conference on October 27, 2006 at 10:30 am.   The Court will initiate the call between the hours of 10:30 a.m. to 12:30 p.m.

5
6   DATED:  10/17/06                                              _/s/ Ronald M. Whyte_____

7                                                                          M̶a̶g̶i̶s̶t̶r̶a̶t̶e̶ Judge of the U.S. District Court District

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

05502.00:123404                                      2

**REQUEST TO APPEAR TELEPHONICALLY**

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                              )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Ste. 1214, Los Angeles 90045. I am employed at that address at the firm of Carlson & Messer LLP.

On **October 3, 2006,** I served the foregoing **REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Ste. F
San Jose, CA  95126
Tel: (408) 296-0400
Fax (408) 296-0486

☒  **(BY MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐  (BY FACSIMILE)
I transmitted via telecopier machine such document to the offices of the addressees.

☐  (PERSONAL SERVICE)
I had said documents delivered by hand delivery to the office of addressees above.

☒  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **3rd day of October, 2006,** at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

05502.00:126024