Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 10/26/06*

| | |
|---|---|
| MICHAEL DUVAUL,<br>    Plaintiff,<br><br>    v.<br>M.R.S. ASSOCIATES and MARIE FOSTER,<br>    Defendants. | Case No. 06-1660 RMW PVT<br><br>STIPULATION TO DISMISS and [PROPOSED] ORDER |

    The parties have settled this matter. The parties hereby stipulate to dismissal of this action with prejudice.

Dated: 10/26/06

_____
Ronald Wilcox, plaintiff's counsel

Dated:

_____
Corinne Deveza, defendant's counsel

STIPULATION TO DISMISS and [PROPOSED] ORDER, Case No. 06-1660 RMW PVT     1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: __10/26/06__   /S/ RONALD M. WHYTE
　　　　　　　　　　　　　　　U.S. District Judge